# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 99-3386NE

_____

United States of America,

      Appellee,

v.

Adolfo Junes-Rios,

      Appellant.

\* \
\* \
\*   On Appeal from the United \
\*   States District Court \
\*   for the District of \
\*   Nebraska. \
\* \
\*   [Not To Be Published] \
\* \
\*

_____

Submitted: March 14, 2000

Filed: March 21, 2000

_____

Before RICHARD S. ARNOLD and BEAM, Circuit Judges, and CONMY,[1] District
    Judge.

_____

PER CURIAM.

    After a two-day trial, the appellant, Adolfo Junes-Rios, was convicted of
possessing cocaine with the intention of distributing it, in violation of 21 U.S.C.

_____

[1]The Hon. Patrick A. Conmy, United States District Judge for the District of
North Dakota, sitting by designation.

§ 841(a)(1). The District Court[2] sentenced Mr. Junes-Rios to five years and six months in prison.

On this appeal, the defendant argues that the evidence was insufficient to justify the jury's verdict, that he was incorrectly charged, for sentencing purposes, with one kilogram of cocaine, and that the District Court erred in denying a two-level adjustment for acceptance of responsibility. We have read the briefs and heard oral argument. The findings of the District Court are not clearly erroneous, nor did the Court commit any error of law. We do not believe that the precedential value of this case requires any more extended discussion.

We express our appreciation to appointed counsel for his service on this appeal.

Affirmed.

A true copy.

    Attest:

        CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.

---

[2]The Hon. Thomas M. Shanahan, United States District Judge for the District of Nebraska.